UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRIAN BADEKER,

        Plaintiff,

    v.

M.E. SPEARMAN, Warden,

        Defendant.

No. C 15-3318 EDL (PR)

**ORDER OF DISMISSAL**

Plaintiff Brian Badeker, a California state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On October 30, 2015, the court granted plaintiff's motion to proceed in forma pauperis, and issued an order of service. The court mailed copies of both orders to plaintiff. On November 9, 2015, the order was returned as undeliverable because plaintiff was no longer in custody.

As of the date of this order, plaintiff has not updated his address with the court or submitted any further pleadings in this case. Pursuant to Northern District Civil Local Rule 3-11, a party proceeding pro se whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* Civil L.R. 3-11(a). The court may, without prejudice, dismiss a complaint when: (1) mail directed to the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within sixty days of this return a written communication from the pro se party indicating a current address. *See* Civil L.R. 3-11(b). More than sixty days have now passed since the mail sent to plaintiff by the court was returned as undeliverable. The court has not received a notice from plaintiff of a new address.

Accordingly, the instant complaint is DISMISSED without prejudice. The clerk of the court shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: January  15 , 2016


ELIZABETH D. LAPORTE
United States Magistrate Judge

P:\PRO-SE\EDL\CR.15\Badeker318dis311.wpd

2